**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

PHILIP M. DREYFUSS, IV,
Petitioner,
vs.
JACK PALMER,
Respondent.

3:12-CV-00303-ECR-VPC

**ORDER**

On June 5, 2012, petitioner filed an application to proceed *in forma pauperis* (ECF #1). However, he has failed to submit a petition for a writ of habeas corpus. An application to proceed *in forma pauperis* alone is insufficient to initiate a habeas corpus action in this court. As stated in Rule 1 of the Federal Rules of Civil Procedure, a civil action is commenced by filing a complaint, or in this case, a petition for writ of habeas corpus. Petitioner's application must be denied. The court further notes that petitioner seeks an extension of the prison copywork limit. If petitioner opens a new action under a new case number with a new application to proceed *in forma pauperis* and a habeas petition, he may file a motion for extension of the copywork limit at that time. The court notes that in any such motion, petitioner must state with specificity what copies he needs at that time; he may not make a general request for copies.

**IT IS THEREFORE ORDERED** that petitioner's application to proceed *in forma pauperis* (ECF #1) is **DENIED** without prejudice at this time.

**IT IS FURTHER ORDERED** that the Clerk shall send to plaintiff a blank petition for writ of habeas corpus form with instructions.

**IT IS FURTHER ORDERED** that the Clerk **SHALL RETURN** to petitioner the application to proceed *in forma pauperis*, along with all other financial documentation provided.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** for failure to file a petition for writ of habeas corpus.

**IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and close this case.

DATED this 11th day of June 2012.

Edward C. Reed.

UNITED STATES DISTRICT JUDGE