AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

PHILIP M. DREYFUSS, IV,

    Petitioner,        JUDGMENT IN A CIVIL CASE
V.

                                  CASE NUMBER:   **3:12-CV-00303-ECR-VPC**

JACK PALMER, et al.,

    Respondents.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED for failure to file a petition for writ of habeas corpus.

June 12, 2012                                                                **LANCE S. WILSON**
                                                                                         Clerk

                                                                                      /s/  M. Campbell
                                                                                      Deputy Clerk